**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MARIA MORENO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, et al.,<br>Respondents. | Case No.: 26cv3260 DMS (DDL)<br>**ORDER GRANTING PETITIONER'S MOTION TO DISMISS THE PETITION AS MOOT**<br>**(ECF No. 4)** |

This case comes before the Court on the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner, a federal immigration detainee, sought immediate release or, in the alternative, a bond hearing pursuant to 8 U.S.C. § 1226(a). (ECF No. 1 at 28–29.) Respondents filed a Return, maintaining that Petitioner was subject to the mandatory detention framework of 8 U.S.C. § 1225(b)(2) but acknowledging that courts within this District have held that noncitizens detained under similar circumstances as Petitioner were subject to 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225(b)(2). (ECF No. 4 at 2.) Petitioner then filed a Supplemental Motion to Dismiss the Petition, stating that Petitioner's removal order became administratively final on August 24, 2026, and thus his detention is governed by the mandatory detention framework of 8 U.S.C. §

1231. (ECF No. 4 at 2.) As such, the Court finds the case is now moot. The Court therefore **GRANTS** Petitioner's Supplemental Motion to Dismiss. (ECF No. 4.) The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED**.

Dated: September 8, 2026

Hon. Dana M. Sabraw
United States District Judge